**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Victor Domingo GARCIA, Ruben Barrera-Saenz and Adan Montolla Mungia, Defendants-Appellants.**

**No. 81–2115.**

United States Court of Appeals, Fifth Circuit.

Dec. 20, 1982.

Before BROWN, GOLDBERG and GEE, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the petition for rehearing, 676 F.2d 1086, filed in the above entitled and numbered cause be and the same is hereby DENIED. *See Christopher v. State,* 639 S.W.2d 932, 937 (Tex.Crim. App.1982) (en banc).